COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                      U.S. DISTRICT COURT

05-10461 DPW

KARIM BENDAM            )
                        )
V.                      )
                        )
THOMAS RIDGE, et al     )

NOTICE OF APPEARANCE

.

    NOW comes the undersigned counsel, and hereby files an appearance on behalf of the defendant in the above-entitled action.

                                                     Respectfully Submitted,

                                                   Roxana Muro
                                                   FitzGerald & Company, LLC
                                                   18 Tremont Street, Suite 210
                                                   Boston, Massachusetts 02108
                                                   Telephone 617.523.6320
                                                   Facsimile  617.523.6324
                                                   rmuro@fitzgeraldlawcompany.com
                                                   BBO No. 653657