THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Karim Bendami,<br>   Plaintiff<br><br>V.<br><br>THOMAS RIDGE, as Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of the U.S. Citizenship & Immigration Services; DENNIS RIORDAN, as District Director of the U.S. Citizenship & Immigration Services for Boston, Massachusetts,<br>   Defendants | CIVIL ACTION FILE NO.<br>05-CV-10461 DPW |

### STIPULATION OF DISMISSAL

NOW comes the plaintiff, Karim Bendami, by and through the undersigned counsel, and hereby requests this Hobnorable Court dismiss the above-entitled action. As grounds for this motion the plaintiff submits that the United States Citizenship and Immigration Services properly adjudicated the plaintiff's petitions and therefore the plaintiff may dismiss the action with prejudice.

/s/Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 68344

CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents, Stipulation of Dismissal, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 10. 2006.

/s/Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 68344